# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEVETRA MILLS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ENCORE RESTAURANTS, LLC.; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.; ENCORE FGBF, LLC; ENCORE FGBF COLORADO, LLC; ENCORE FGBF OKLAHOMA, LLC; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01623-MCE-KJN<br><br>**ORDER TO STAY LITIGATION PENDING COMPLETION OF SETTLEMENT NEGOTIATONS AND/OR MEDIATION, AND TOLLING OF FLSA CLAIM** |

　　　　Having reviewed the terms of the Parties' Stipulation (ECF No. 13), and for good cause shown, IT IS HEREBY ORDERED that:

　　　　(1)　　This litigation is stayed pending completion of informal settlement negotiations and/or mediation through **February 1, 2019**.

　　　　(2)　　The statute of limitations on the FLSA Claim is tolled from June 5, 2018 through **February 1, 2019**.

　　　　(3)　　The Parties shall file an updated joint status report with the Court by **February 15, 2019**, and every sixty (60) days thereafter, regarding the outcome of their negotiations. If the case is settled, the Parties shall include a proposed schedule for filing the motion for preliminary approval of the settlement in the joint status report.

///

1

(4) If the case does not settle, the Parties shall include a proposed schedule for further litigation including deadlines for the filing and responding to class certification motions.

IT IS SO ORDERED.

Dated: October 25, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE