| | |
|---|---|
| 1 | LITTLER MENDELSON, P.C. |
| | RYAN L. EDDINGS, Bar No. 256519 |
| 2 | ANDREW H. WOO, Bar No. 261120 |
| | JAMES P. VAN, Bar No. 303853 |
| 3 | 5200 North Palm Avenue, Suite 302 |
| | Fresno, California 93704.2225 |
| 4 | Telephone: (559) 244-7500 |
| | Facsimile: (559) 244-7525 |
| 5 | Email: reddings@littler.com |
| | awoo@littler.com |
| 6 | jvan@littler.com |
| 7 | Attorneys for Defendant |
| | ENCORE RESTAURANTS, LLC; FIVE GUYS |
| 8 | ENTERPRISES, LLC; ENCORE ENTERPRISES, |
| | INC.; ENCORE FGBF, LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEVETRA MILLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE RESTAURANTS, LLC; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.;; ENCORE FGBF, LLC; ENCORE FGBF COLORADO, LLC; ENCORE FGBF OKLAHOMA, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01623-MCE-KJN<br><br>**ORDER ON STIPULATION TO CONTINUE DEADLINE FOR FILING OPPOSITION TO MOTION TO CERTIFY CLASS**<br><br>Date: May 2, 2019<br>Time: 2:00 p.m.<br>Judge: U.S. Magistrate Judge Kendall J. Newman, Courtroom 25, 8th Floor<br><br>U.S. District Judge Morrison C. England, Courtroom 7, 14th Floor<br><br>Trial Date: TBD |

IT IS HEREBY ORDERED as follows:

1. The Parties have engaged in settlement negotiations in the past several months, reached a settlement in this matter, and plan to file a notice of settlement.

2. Plaintiff filed her Memorandum of Points and Authorities in Support of Motion for Conditional Certification of Class on March 29, 2019.

(No. 2:18-cv-01623-MCE-KJN)     ORDER ON STIP TO CONTINUE DEADLINE FOR FILING OPP TO MTN TO CERTIFY CLASS

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3. Defendants were to file the Opposition to the Motion for Conditional Certification of Class on or before April 18, 2019.

4. The Hearing on Motion for Conditional Certification of Class was to be held on May 2, 2019.

5. The Parties stipulate to continue the deadline for Defendants to file the Opposition to the Motion for Conditional Certification of Class to April 25, 2019.

6. This stipulation is entered into in furtherance of judicial economy, and is not for the purpose of delay.

IT IS SO ORDERED.

Dated: April 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500