| | |
|---|---|
| 1 | LITTLER MENDELSON, P.C. |
| | RYAN L. EDDINGS, Bar No. 256519 |
| 2 | ANDREW H. WOO, Bar No. 261120 |
| | JAMES P. VAN, Bar No. 303853 |
| 3 | 5200 North Palm Avenue, Suite 302 |
| | Fresno, California 93704.2225 |
| 4 | Telephone: (559) 244-7500 |
| | Facsimile: (559) 244-7525 |
| 5 | Email: reddings@littler.com |
| | awoo@littler.com |
| 6 | jvan@littler.com |

Attorneys for Defendant
ENCORE RESTAURANTS, LLC; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.; ENCORE FGBF, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LEVETRA MILLS, an individual, | Case No. 2:18-cv-01623-MCE-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR FILING OPPOSITION TO MOTION TO CERTIFY CLASS** |
| v. | |
| ENCORE RESTAURANTS, LLC; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.;; ENCORE FGBF, LLC; ENCORE FGBF COLORADO, LLC; ENCORE FGBF OKLAHOMA, LLC; and DOES 1-100, inclusive, | Date: *Vacated by Court* |
| | Time: N/A |
| | Judge: U.S. Magistrate Judge Kendall J. Newman, Courtroom 25, 8th Floor |
| | |
| | U.S. District Judge Morrison C. England, Courtroom 7, 14th Floor |
| Defendants. | Trial Date: TBD |

IT IS HEREBY STIPULATED by and between the Parties hereto as follows:

1. The Parties have engaged in settlement negotiations in the past several months, reached a settlement in this matter, and plan to file a notice of settlement. However, the Parties need additional time to execute the now agreed-upon settlement agreement.

2. Plaintiff filed her Memorandum of Points and Authorities in Support of Motion for Conditional Certification of Class on March 29, 2019.

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

3. The Hearing on Plaintiff's Motion for Conditional Certification of Class was originally scheduled to be held on May 2, 2019;

4. Based on the original hearing date, Defendants were to file the Opposition to the Motion for Conditional Certification of Class on or before April 18, 2019.

5. On April 2, 2019, the Court vacated the hearing on Plaintiff's Motion for Conditional Class Certification pursuant to the Court's own motion and Local Rule 230(g).

6. On April 22, 2019, the Court granted the Parties' stipulation continuing the deadline for Defendants to file any Opposition to the Motion for Conditional Certification of Class to April 25, 2019 in light of the tentative settlement reached by the Parties.

7. As the Parties are currently working to execute the settlement agreement, the Parties stipulate to continue the deadline for Defendants to file any Opposition to Plaintiff's Motion for Conditional Class Certification to May 2, 2019.

8. This stipulation is entered into in furtherance of judicial economy, and is not for the purpose of delay.

Dated: April 25, 2019          MAYALL HURLEY P.C.


By: /s/ Robert J. Wasserman
ROBERT J. WASSERMAN
VLADIMIR J. KOZINA
Attorneys for Plaintiff and Putative Class

Dated: April 25, 2019          LITTLER MENDELSON, P.C.


By: /s/ Ryan L. Eddings
RYAN L. EDDINGS
ANDREW H. WOO
JAMES P. VAN
Attorneys for Defendant
ENCORE RESTAURANTS, LLC; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.; ENCORE FGBF, LLC

# ORDER

Pursuant to stipulation, and for good cause shown, the Parties' proposed agreement to continue the deadline for Defendants to file any Opposition to Plaintiff's Motion for Conditional Class Certification to May 2, 2019 is GRANTED.

**IT IS SO ORDERED**.

Dated: April 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE