# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVETRA MILLS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE RESTAURANTS, LLC; FIVE GUYS ENTERPRISES, LLC; ENCORE ENTERPRISES, INC.; ENCORE FGBF, LLC; ENCORE FGBF COLORADO, LLC; ENCORE FGBF OKLAHOMA, LLC; and DOES 1-100, inclusive,<br><br>Defendants | CASE NO. 2:18-cv-01623-MCE-KJN<br><br>ORDER DISMISSING ACTION<br><br>U.S. District Judge Morrison C. England, Courtroom 7, 14th Floor |

Having read the parties' Stipulation of Dismissal (ECF No. 25), and good cause appearing therefore, this action is hereby ordered DISMISSED (1) without prejudice as to Plaintiff's first through fourth causes of action within the First Amended Complaint ("FAC") (ECF No. 4) and (2) with prejudice as to Plaintiff's fifth cause of action within the FAC for harassment. Each side to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 1, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER